| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Francis S. Varro |
| Debtor 2 (Spouse, if filing) | Deborah M. Varro |
| United States Bankruptcy Court for the: | Eastern District of Wisconsin |
| Case number | 19-29251-gmh |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** SERVIS ONE, INC DBA BSI FINANCIAL SERVICES

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 0 2 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2022

**New total payment:** $ 1,320.13
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 306.29     New escrow payment: $ 295.01

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1 __Francis S. Varro__                                    Case number (if known) __19-29251-gmh__
         First Name   Middle Name   Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/ Jon J. Lieberman__                                       Date __04/04/2022__
  Signature

Print:        __Jon J. Lieberman (OH 0058394)__                  Title __Attorney for Creditor__
              First Name   Middle Name   Last Name

Company       __Sottile & Barile, Attorneys at Law__

Address       __394 Wards Corner Road, Suite 180__
              Number       Street

              __Loveland__                    __OH__   __45140__
              City                            State    ZIP Code

Contact phone __513-444-4100__                                   Email __bankruptcy@sottileandbarile.com__

---

Official Form 410S1                    Notice of Mortgage Payment Change                       page **2**

Case 19-29251-gmh    Doc 53    Filed 04/04/22    Page 2 of 5



314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-800-327-7861
https://myloanweb.com/BSI

**Annual Escrow Account Disclosure Statement**

ACCOUNT NUMBER:

004

DATE: 03/26/22

14

FRANCIS S VARRO
DEBORAH M VARRO
N2816 MEADE ST
APPLETON, WI 54913

PROPERTY ADDRESS
N2816 MEADE ST
APPLETON, WI 54913

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 05/01/2022 THROUGH 04/30/2023.

**-------- ANTICIPATED PAYMENTS FROM ESCROW 05/01/2022 TO 04/30/2023 ---------**

```
HOMEOWNERS INS                                     $1,352.60
TOWN                                               $2,141.93
TOTAL PAYMENTS FROM ESCROW                         $3,494.53
MONTHLY PAYMENT TO ESCROW                            $291.21
```

**------ ANTICIPATED ESCROW ACTIVITY 05/01/2022 TO 04/30/2023 ---------**

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $1,701.56 | $1,747.27 |
| MAY | $291.21 | | | $1,992.77 | $2,038.48 |
| JUN | $291.21 | | | $2,283.98 | $2,329.69 |
| JUL | $291.21 | | | $2,575.19 | $2,620.90 |
| AUG | $291.21 | | | $2,866.40 | $2,912.11 |
| SEP | $291.21 | | | $3,157.61 | $3,203.32 |
| OCT | $291.21 | $1,352.60 | HOMEOWNERS INS | $2,096.22 | $2,141.93 |
| NOV | $291.21 | | | $2,387.43 | $2,433.14 |
| DEC | $291.21 | $2,141.93 | TOWN | L1-> $536.71 | L2-> $582.42 |
| JAN | $291.21 | | | $827.92 | $873.63 |
| FEB | $291.21 | | | $1,119.13 | $1,164.84 |
| MAR | $291.21 | | | $1,410.34 | $1,456.05 |
| APR | $291.21 | | | $1,701.55 | $1,747.26 |

**--------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------**

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS LESS THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SHORTAGE. **YOUR ESCROW SHORTAGE IS $45.71.**

**CALCULATION OF YOUR NEW PAYMENT**

```
PRIN & INTEREST                                    $1,025.12
ESCROW PAYMENT                                       $291.21
SHORTAGE PYMT                                          $3.80
```
**NEW PAYMENT EFFECTIVE 05/01/2022                  $1,320.13**
YOUR ESCROW CUSHION FOR THIS CYCLE IS $582.42.

********** Continued on reverse side ************

********** Continued from front **********

| ACCOUNT HISTORY |
|---|

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 05/01/2021 AND ENDING 04/30/2022. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 05/01/2021 IS:

```
PRIN & INTEREST                                $1,025.12
ESCROW PAYMENT                                   $306.29
BORROWER PAYMENT                               $1,331.41
```

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | $0.00 | $0.00 |
| AUG | $0.00 | $2,663.79 * | | | | $0.00 | $2,663.79 |
| SEP | $0.00 | $323.64 * | | | | $0.00 | $2,987.43 |
| OCT | $0.00 | $306.29 * | | $1,352.60 * | HOMEOWNERS INS | $0.00 | $1,941.12 |
| NOV | $0.00 | $306.29 * | | | | $0.00 | $2,247.41 |
| DEC | $0.00 | $306.84 * | | $2,141.93 * | TOWN | $0.00 | $412.32 |
| JAN | $0.00 | $306.29 * | | | | $0.00 | $718.61 |
| FEB | $0.00 | $306.29 * | | | | $0.00 | $1,024.90 |
| MAR | $0.00 | $306.29 * | | | | $0.00 | $1,331.19 |
| | $0.00 | $4,825.72 | $0.00 | $3,494.53 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $0.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS $0.00.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

## Determining your Shortage or Surplus
**Shortage**:
Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

The shortage, if one exists, has been divided to be repaid in equal monthly payments over a 12-month period.

**Surplus**:
A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you. If your surplus is less than $50.00, the funds will be retained in your escrow account.

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS# 38078.
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an automatic stay in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Case 19-29251-gmh    Doc 53    Filed 04/04/22    Page 4 of 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

IN RE:  CASE NO. 19-29251-gmh

Francis S. Varro
Deborah M. Varro  CHAPTER 13

Debtors.  JUDGE G. Michael Halfenger
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 4, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Francis S. Varro, Debtor
Deborah M. Varro, Debtor
N 2816 Meade Street
Appleton, WI 54913

Timothy J. Helbing, Debtors' Counsel
tjh@helbinglaw.com

Rebecca R. Garcia, Chapter 13 Trustee
filings@ch13oshkosh.com

Office of the U.S. Trustee
ustpregion11.mi.ecf@usdoj.gov

    Respectfully submitted,

    /s/ Jon Lieberman
    Jon Lieberman (OH 0058394)
    Attorney for Secured Creditor
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    bankruptcy@sottileandbarile.com